# __EXHIBIT 1__

Page 1

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
- - -

GEORGE MOORE, on          :
behalf of himself         :
and others similarly      :
situated,                 :
                          :
        vs.               :
                          :
TORCHLIGHT                 : No.
TECHNOLOGY GROUP           : 1:21-cv-02403
LLC, CALL CENTER          :
LLC, CAROL STITZ          :
--------------------      :   ------------
TORCHLIGHT                :
TECHNOLOGY GROUP          :
                          :
        vs.               :
                          :
CALL CENTRIX LLC          :
                - - -
        September 13, 2022
                - - -

        Oral deposition of Carol Stitz,
taken pursuant to notice, was held via
Zoom, commencing at approximately 9:00
a.m., on the above captioned date,
before Kathleen Ruccolo, Professional
Reporter and Notary Public in and for
the Commonwealth of Pennsylvania.

        MAGNA LEGAL SERVICES
        Seven Penn Center
    1635 Market Street, 8th Floor
        Philadelphia, PA  19103



Page 2

```
 1   APPEARANCES:
 2
     PARONICH LAW, P.C.
 3   BY:  ANTHONY I. PARONICH, ESQUIRE
     350 Lincoln Street
 4   Suite 2400
     Hingham, MA 02043
 5   Anthony@paronichlaw.com
     Representing the Plaintiff
 6
 7   MAC MURRAY & SHUSTER
     BY: LISA A. MESSNER, ESQUIRE
 8   6525 West Campus Oval
     Suite 210
 9   New Albany, OH 43054
     Lmessner@mslawgroup.com
10   Representing Call Centrix, LLC and
     Carol Stitz
11
12   FOX ROTHSCHILD
     BY: PAUL ROSENTHAL, ESQUIRE
13   2000 Market Street
     Philadelphia, PA 19103
14   Prosenthal@foxrothschild.com
     Representing Torchlight Technology
15   Group
16
17
18
19
20
21
22
23
24
```



```
 1                  - - -

 2              I N D E X

 3                  - - -

 4    Testimony of:  Carol Stitz

 5    By:  Mr. Rosenthal              7, 272

 6    By:  Mr. Paronich              185

 7                  - - -

 8            E X H I B I T S

 9                  - - -

10    NO.          DESCRIPTION          PAGE

11    Exhibit-1    Merlin Date            47

12    Exhibit-2    Deposition Notice      47

13    Exhibit-3    Deposition Notice      48

14    Exhibit-4    Website Page           56

15    Exhibit-5    LLC Agreement          69

16    Exhibit-6    Insertion Order        77

17    Exhibit-7    E-mail String          85

18    Exhibit-8    Objections            117

19    Exhibit-9    Letter               130

20    Exhibit-10   8-3-21 Letter        134

21    Exhibit-11   Cross Claim Answer   144

22    Exhibit-12   Xoom Statement       175

23    Exhibit-13   Script               234

24    Exhibit-14   Excell Spreadsheet   237
```



Page 4

```
 1                    - - -

 2             E X H I B I T S

 3                    - - -

 4    NO.          DESCRIPTION          PAGE

 5    Exhibit-15   11-12-20 E-mail       260

 6    Exhibit-16   11-12-20 E-mail       263

 7    Exhibit-17   12-15-20 E-mail       265

 8    Exhibit-18   1-12-21 E-mail        268

 9    Exhibit-19   E-mail String         269

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```



1  when you bought the leads, since this

2  case has commenced have you been able

3  to produce any evidence of prior

4  express written consent for the

5  consumer leads that Call Centrix sold

6  to Torchlight?

7       A.    Yes.

8       Q.    For which consumer leads?

9       A.    I can --

10      Q.    Can you identify a

11  specific document produced in this case

12  that provides valid prior express

13  written consent for telemarketing calls

14  to a member of the punitive class?

15      A.    Let me just ask this

16  question:  Do you mean the information

17  that was asked of me to give to

18  Torchlight in particular, or -- you

19  know, maybe I don't understand what you

20  are asking.

21            Lisa, can you help me out

22  here?

23            MS. MESSNER:  I can't ask

24       the questions for Paul, but I



```
 1          think, Carol, that Paul is
 2          trying to identify whether we
 3          have produced some type of
 4          TrustedForm or Jornaya for
 5          someone other than George Moore
 6          in the case.  And so he is not
 7          asking you questions about
 8          anything having to do with Frank
 9          Aleto.  He's asking you just
10          about Mr. Moore and about
11          potential class members in Mr.
12          Moore's case, so it is focused
13          on this case.
14               THE WITNESS:  So, my
15          answer would be whatever I have
16          provided, you have.  Whatever I
17          have, you have.  So do I know of
18          anyone in particular,
19          specifically, the answer would
20          be no, I don't know of anyone.
21     BY MR. ROSENTHAL:
22          Q.   Okay.  Thank you.  Did
23     Call Centrix have a written
24     telemarketing policy during the period
```



1          Q.     I'll try again.  Did Call

2    Centrix have a written recordkeeping

3    policy during the period November 2020

4    to November 2021?

5          A.     No.

6          Q.     Did Call Centrix have a

7    written contract with Wolf BPO during

8    the period November 2020 to November

9    2021?

10         A.     No.

11         Q.     And just to make sure that

12   we were not having the same confusion,

13   I wasn't asking whether Call Centrix

14   had telemarketing policies, but whether

15   there was an actual written

16   telemarketing policy.  So does that

17   help at all with clarifying whether or

18   not Call Centrix had a written

19   telemarketing policy during the period

20   November 2020 to November 2021?

21         A.     I honestly don't recall.

22         Q.     How about in terms of a

23   written Do Not Call policy, did Call

24   Centrix have a written Do Not Call



1   policy during the period of November

2   2020 to November 2021?

3          A.    Honestly, like I said, I

4   do not recall.

5          Q.    Did Call Centrix purchase

6   insurance that names Torchlight as an

7   additional insured?

8          A.    No, it did not.

9          Q.    Does Call Centrix have

10  insurance coverage for the services it

11  provided to Torchlight?

12         A.    No, it does not.

13         Q.    Did Call Centrix place any

14  of the calls that resulted in warm

15  transfers to Torchlight?

16         A.    Yes.

17         Q.    So some of those were --

18  and just to be clear, did Call Centrix

19  itself place those calls, or did it

20  rely on sub-vendors to place the calls?

21         A.    No, Call Centrix did.

22         Q.    What percentage of the

23  calls were made by Call Centrix, versus

24  sub vendors?



Page 24

1    Who made the other 10 percent?

2          A.    I would say Wolf BPO was

3    the only other vendor that we used.

4    Would I be able to look?  Can I look at

5    something?  Would you mind, so that I

6    can tell you what the name of the

7    vendor is that I used?

8          Q.    During a break we can.

9          A.    Okay.  Okay.

10          Q.    You can work with Lisa and

11    try and get us that information, if

12    that makes sense.

13          A.    Okay.

14          Q.    We can agree that Call

15    Centrix has refused to indemnify

16    Torchlight for its losses, cost and

17    damages arising from the Moore case,

18    right?

19          A.    Yes.

20          Q.    Has Call Centrix ever

21    provided deposition, hearing or trial

22    testimony before?

23          A.    No.

24          Q.    Have you ever been deposed



Page 31

1          A.     Yes.

2          Q.     And it has a due date of

3     December 2, 2020?

4          A.     Yes.  I don't know what

5     that was for.

6          Q.     Okay.

7          A.     I can't recall why --

8          Q.     Let's try a different

9     question.  What is the relationship

10    between Call Centrix, LLC and Call

11    Centrix, Inc.?

12         A.     Call Centrix, Inc. is the

13    company in the Philippines.

14         Q.     Call Centrix, Inc. is the

15    company in the Philippines?

16         A.     Yeah, that runs -- it's

17    the floor in the Philippines that I

18    use.  It is our business in the

19    Philippines that we use for lead

20    generation, to send the calls.

21              I honestly don't know what

22    this is.  I would have to look.  I

23    would have to ask about it, because I

24    really don't know.



Page 34

```
1          A.    Inc.
2          Q.    -- there is no common
3   ownership or financial relationship
4   other than a contract?
5          A.    Well, I -- you know, I pay
6   them for their services, so I pay them
7   for -- you know, but, their warm
8   transfers.
9          Q.    Is there any other
10  relationship between Call Centrix, LLC
11  and Call Centrix, Inc.?
12         A.    No.
13         Q.    Do you have any ownership
14  interest in Call Centrix, Inc.?
15         A.    Call Centrix, LLC, not
16  Call Centrix, Inc., they own it.
17         Q.    Do you have any ownership
18  interest in Call Centrix, Inc.?
19         A.    No.
20         Q.    Are there any owners that
21  overlap between Call Centrix, Inc. and
22  Call Centrix, LLC?
23         A.    No.
24         Q.    Does Call Centrix, Inc.
```



1  have any operations in the United

2  States?

3          A.    No.

4          Q.    Do you have -- is there a

5  written contract between Call Centrix,

6  LLC and Call Centrix, Inc.?

7          A.    No.

8          Q.    Is there any other form of

9  written agreement between Call Centrix,

10  Inc. and Call Centrix, LLC?

11         A.    No.  No.

12         Q.    And you said that Call

13  Centrix, Inc. was hired to place the

14  telephone calls that were relevant to

15  the Torchlight contract?

16         A.    They managed the data and

17  the leads, so, yes.

18               I just remembered, if I

19  can go back one second, I remember the

20  name of the vendor is Godspeed.  Sorry

21  about that.

22         Q.    And that is the other

23  vendor that provided data to Call

24  Centrix for --



Page 38

1       Q.    Right, but in terms of the

2   documents that Call Centrix produced in

3   this case, are you able to tell us how

4   to determine which calls were made by

5   Call Centrix and transferred to

6   Torchlight?

7       A.    I would have to look to

8   tell you exactly, but I don't -- I

9   don't happen to have that information.

10      Q.    Is it fair to say that

11  Call Centrix promotes itself as

12  experienced in providing compliant lead

13  generation services?

14      A.    Yes.

15      Q.    And when Call Centrix buys

16  consumer leads, does it pay the same

17  price for every lead?

18      A.    No.

19      Q.    Some leads are more

20  valuable than others, right?

21      A.    I pretty much pay for the

22  data.  It was pretty much the same

23  amount of money.  You know, everything

24  was -- you know, I didn't pay, like, a



Page 45

```
 1          "subvendor."
 2   BY MR. ROSENTHAL:
 3          Q.    All right.  Fair enough.
 4   I'll rephrase it.  All of the calls
 5   that were transferred to Torchlight
 6   were made by a vendor of Call Centrix,
 7   LLC?
 8          A.    Correct.
 9          Q.    What did you do to prepare
10   for your testimony as a corporate
11   representative?
12          A.    Prayed.
13               MS. MESSNER:  Carol, you
14          can answer that question, but
15          any communications between us
16          you should not reveal to Paul.
17               THE WITNESS:  Okay.
18   BY MR. ROSENTHAL:
19          Q.    So other than pray, did
20   you meet with Ms. Messner?
21          A.    We had a conversation
22   yesterday, but that -- you know, I
23   mean, honestly, there was not much for
24   me to prepare.  Everything that I know,
```



Page 73

1    warm transfer leads did Call Centrix

2    have during the period November 2020 to

3    November 2021?

4         A.    I don't recall exactly if

5    Will was with us at that time, but I

6    know three, definitely.

7         Q.    And I think you said this,

8    but just to confirm, do all Call

9    Centrix's customers for consumer leads

10   require Call Centrix to collect prior

11   express written consent for consumer

12   leads?

13        A.    Yes.

14        Q.    So Call Centrix would

15   expect that any customer purchasing

16   transfers based on outbound calls to

17   consumers would expect all calls to be

18   supported by valid prior written

19   consent, fair?

20        A.    Yes.

21        Q.    And are you the person at

22   Call Centrix responsible for

23   coordinating with vendors on the supply

24   of warm transfer calls?



Page 74

```
 1          A.    Yes.

 2          Q.    Does Call Centrix have

 3   written contracts with any of its

 4   vendors?

 5          A.    Vendors who I purchased

 6   data from?

 7          Q.    Well, let's start with

 8   call centers.  Does Call Centrix have

 9   contracts with any of its call center

10   vendors?

11          A.    No.

12          Q.    Does Call Centrix have

13   contracts with any of its lead data

14   vendors?

15          A.    No.

16          Q.    During the period November

17   2020 to November 2021, were CCI and

18   Wolf BPO the only two call centers that

19   Call Centrix was working with?

20          A.    Yes.  To my knowledge,

21   yes.

22          Q.    And when you say, to your

23   knowledge, is there anyone else that

24   Call Centrix might have been working
```



Page 77

1                  MS. MESSNER:  Sure.

2                     - - -

3                  (At this time a short

4           break was taken.)

5                     - - -

6    BY MR. ROSENTHAL:

7           Q.    Ms. Stitz, I'm going to

8    put in the chat a document that we'll

9    mark as Exhibit-6.

10                    - - -

11                 (At this time a document

12          was marked for identification as

13          Exhibit No. 6.)

14                    - - -

15   BY MR. ROSENTHAL:

16          Q.    This is an insertion order

17   produced as TTG 000001, and terms and

18   conditions produced as TTG 000021

19   through 30.

20                 Can we agree that the

21   document marked as Exhibit-6 is an

22   accurate copy of the insertion order

23   and supporting terms and conditions

24   entered into between Call Centrix and



Page 78

1    Torchlight?

2          A.    Yes.

3          Q.    Are you aware of any

4    signed, written amendments to the

5    agreement?

6          A.    No.

7          Q.    Are you aware of -- I'm

8    sorry.

9          A.    Not that I'm aware of.

10         Q.    Are you aware of any

11   written modifications of the agreement?

12         A.    Not that I'm aware of.

13         Q.    So can we agree that this

14   is the agreement that controls the

15   relationship between Call Centrix and

16   Torchlight?

17         A.    Yes.

18         Q.    And during today's

19   deposition we may refer to Exhibit-6 as

20   "the agreement" or "the parties'

21   agreement," is that okay with you?

22         A.    Yes.

23         Q.    Page one of Exhibit-6 is

24   titled "Torchlight Technology Insertion



Page 87

1    who these people were, but okay.

2          Q.    Why did you think that

3    Call Centrix was a good vendor for

4    Torchlight?

5          A.    Because I felt that we

6    would be able to provide them with

7    really good leads.

8          Q.    And how do you define

9    "really good leads"?

10         A.    Well, I felt like I was

11   doing everything I needed to, you know,

12   give them what they needed as far as,

13   you know, being TCPA compliant, having

14   them run through Blacklist Alliance and

15   -- you know, and I knew I had my -- my

16   reps worked on another program that I

17   knew they did well in, so.

18         Q.    Let's break that down a

19   little bit.  Can you explain what

20   Blacklist Alliance is?

21         A.    Blacklist Alliance is a

22   company that I used to scrub the data

23   through for federal DNC and litigators

24   list, and DNC calls, so we wouldn't



Page 88

1    bother people that don't want us to

2    call them.

3          Q.     And did you represent to

4    Torchlight that all of Call Centrix's

5    data was being scrubbed by Blacklist

6    Alliance?

7          A.     Yes.

8          Q.     And you represented to

9    Torchlight that all of the data that

10   Call Centrix was providing was TCPA

11   compliant, correct?

12         A.     Yes.

13         Q.     Did you represent to

14   Torchlight that all of Call Centrix's

15   transfers came with consent validated

16   by TrustedForm certificates?

17         A.     I don't think so.  I'm not

18   -- you know, I'm not sure if I ever

19   told them that it was TrustedForm at

20   all.  All I know is that I -- the data

21   that I was buying was either certified

22   for with opt-in, TrustedForm or

23   Jornaya.

24         Q.     So would it be fair to say



Page 89

1    that you represented to Torchlight that

2    all of Call Centrix's transfers came

3    with consent validated by either

4    TrustedForm or Jornaya?

5         A.   Yes.

6         Q.   On the November 6 e-mail,

7    your e-mail address is listed as

8    StitzC@aol.com; is that correct?

9         A.   Yes.

10        Q.   And is that the e-mail

11   address that you use for work related

12   to Call Centrix?

13        A.   Yes.

14        Q.   Do you use that same

15   e-mail address for work on behalf of

16   any other companies?

17        A.   It is just my e-mail

18   address I use for everything.

19        Q.   So that is your sole

20   e-mail address for all of your business

21   and personal purposes?

22        A.   Basically, yeah.  Yes.

23        Q.   Does Call Centrix have any

24   evidence that the data used for calls



1    transferred to Torchlight were

2    prescreened by Blacklist Alliance?

3        A.    Every -- yes.

4        Q.    So is it your position

5    that plaintiff George Moore's telephone

6    number was prescreened by Blacklist

7    Alliance?

8        A.    We didn't -- Call Centrix

9    did not make the call, so we did not

10   have George Moore's information in any

11   of our files or data.

12       Q.    Okay.  The call to George

13   Moore was made by Wolf BPO, correct?

14       A.    Correct.

15       Q.    And Call Centrix has

16   previously represented that all of the

17   calls that were transferred to

18   Torchlight were made by Wolf BPO; is

19   that not accurate?

20       A.    I'm sorry, rephrase that

21   again.

22       Q.    The calls that were

23   transferred -- the calls that were

24   transferred to Torchlight that came



Page 91

1    from Wolf BPO included plaintiff George

2    Moore, correct?

3            A.    Yes, Wolf BPO.

4            Q.    But that was not all of

5    the transfers that went to Torchlight?

6            A.    Call Centrix made the

7    calls to Torchlight.

8            Q.    And by Call Centrix there,

9    you mean Call Centrix, Inc.?

10           A.    Inc.  Call Centrix, Inc.

11   made calls.

12           Q.    Were any of the calls that

13   were made by Wolf BPO scrubbed and

14   prescreened by Blacklist Alliance?

15           A.    Yes, to my knowledge.

16   Yes, I think.

17           Q.    Okay.  Was it your --

18   let's try it this way:  Was it your

19   understanding that the calls that were

20   made by Wolf BPO were supposed to be

21   scrubbed by Blacklist Alliance?

22           A.    Yes.  Yes.

23           Q.    Do you have any evidence

24   that Wolf BPO actually scrubbed the



Page 92

1    calls and data through Blacklist

2    Alliance before they placed any calls?

3          A.    No.

4          Q.    Same questions for Call

5    Centrix, Inc.  Was it your

6    understanding that Call Centrix, Inc.

7    was supposed to be scrubbing all of

8    their calls through Blacklist Alliance

9    before they called any consumers?

10         A.    Yes.

11         Q.    I'm sorry, was that a yes?

12         A.    Yes.  Yes.

13         Q.    And does Call Centrix, LLC

14   have any evidence that Call Centrix,

15   Inc. actually scrubbed its data through

16   Blacklist Alliance before it placed any

17   calls?

18         A.    Yes.

19         Q.    Okay.  Does Call Centrix,

20   LLC have any evidence that any of the

21   calls that were transferred to

22   Torchlight were actually scrubbed

23   through Blacklist Alliance?

24         A.    Yes.



Page 94

```
 1                MS. MESSNER:  If that is
 2          information that you believe
 3          that we can obtain, we do have
 4          an obligation to gather that and
 5          provide it in connection.
 6                THE WITNESS:  Okay.
 7   BY MR. ROSENTHAL:
 8          Q.    Can we all agree that
 9   there is no current evidence that Call
10   Centrix can point to today showing that
11   any of the calls made by Call Centrix,
12   Inc. were scrubbed through Blacklist
13   Alliance?
14          A.    Yes.
15          Q.    Okay.  And it was your
16   understanding that the calls that were
17   made by Wolf BPO would be supported by
18   either TrustedForm or Jornaya
19   validation, fair?
20          A.    Yup.
21          Q.    But Call Centrix does not
22   have any evidence that the calls made
23   by Wolf BPO are actually supported by
24   TrustedForm or Jornaya validation,
```



Page 95

1    fair?

2           A.     Fair.  Yes.

3           Q.     And for Call Centrix,

4    Inc., Call Centrix, LLC understood that

5    Call Centrix, Inc. was only making

6    calls to consumers that were supported

7    by valid TrustedForm and Jornaya leads,

8    correct?

9           A.     Correct.

10          Q.     But Call Centrix, LLC does

11   not have any evidence that Call

12   Centrix, Inc. only called consumers

13   supported by valid TrustedForm or

14   Jornaya validation, fair?

15          A.     Yes.

16          Q.     As part of the onboarding

17   at Torchlight, Call Centrix was

18   required to provide information

19   concerning its procedures for

20   compliance approval, right?

21          A.     I'm not aware of that.

22          Q.     Was it your --

23          A.     I should say I don't

24   recall it.



```
1           Q.    Okay.  Let's try this:
2    Was it your understanding that
3    Torchlight was approving Call Centrix
4    and its lead sources based on the
5    representation that all leads were
6    supported by TrustedForm or Jornaya
7    validation?
8           A.    I'm really not -- I would
9    say yes.
10          Q.    Can we agree that the
11   representations and warranties by Call
12   Centrix in the agreement are set forth
13   in Exhibit-6 and speak for themselves?
14          A.    Yes.
15          Q.    And Call Centrix
16   understood its obligations, and
17   promised to abide by the
18   representations in the agreement,
19   correct?
20          A.    Yes.
21          Q.    When you executed the
22   agreement, you knew that Call Centrix
23   was committing to obtain insurance that
24   identified Torchlight as a covered
```



Page 98

1    their insurance policies?

2          A.    No.

3          Q.    And that makes sense,

4    since Torchlight was not an exclusive

5    customer of Call Centrix, right?

6          A.    Correct.

7          Q.    And no Call Centrix vendor

8    was running an exclusive campaign for

9    Torchlight, was it?

10         A.    No.

11         Q.    Did Call Centrix take any

12   steps to try and obtain insurance for

13   the work that it did for Torchlight?

14         A.    No, you know, I never felt

15   that -- you know, we were never -- we

16   never had any issues, so I never -- I

17   just, no.

18         Q.    Call Centrix started

19   transferring calls to Torchlight as of

20   November 13, 2020, correct?

21         A.    I'm not sure of the date,

22   honestly.

23         Q.    If that is what the data

24   shows, it would have been approximately



1    that fair?

2         A.    Yes.

3         Q.    You didn't have the

4    ability to search or manipulate data in

5    Torchlight's system, did you?

6         A.    No, but let me back up a

7    minute.  We were not able to see if --

8    any dispositions on the calls, so we

9    were not able to see whether or not the

10   calls were -- we could just see if the

11   calls were accepted, and for the time

12   frame.

13        Q.    And was that for you to

14   determine whether something was deemed

15   a valid lead, Capital Lead, capital L,

16   under the agreement with Torchlight?

17        A.    Yes.

18        Q.    And so in order to

19   determine a valid lead, you needed to

20   know whether it was accepted and met

21   the time restrictions; is that fair?

22        A.    Correct.

23        Q.    And we can also agree that

24   a valid lead was required to be



1   compliant with the TCPA and other state

2   and federal regulations, correct?

3          A.    Yes.

4          Q.    In November of 2021,

5   Mr. Mereghetti, who you mentioned,

6   testified that Call Centrix had not

7   been providing leads to Torchlight for

8   a month or so.  Does that sound

9   accurate to you?

10         A.    I'm sorry, can you tell me

11  that date again?

12         Q.    Sure.  That was in

13  November of 2021.

14         A.    Yes, I think we stopped

15  with them.

16         Q.    Do you recall the last

17  date that Call Centrix transferred any

18  calls to Torchlight under the

19  agreement?

20         A.    I'm going to say November

21  15th, maybe -- November 17th.  One of

22  those days.

23         Q.    So in November of 2021 Mr.

24  Mergetti's recollection was that it had



1  been a month or so since the last

2  transfer had been provided.  You

3  believe it was a little bit later?

4      A.    Maybe it was October 15th

5  -- no, because October 15th would have

6  been open enrollment.  I'm not -- I

7  don't know exactly.  I thought it was

8  -- I thought it was November.

9      Q.    Did you review any

10 documents in preparation for today's

11 deposition to figure out when the

12 relationship with Torchlight started

13 and ended?

14     A.    No, I didn't, but I'm

15 almost positive it was November.

16     Q.    Okay.

17     A.    November 15th or 17th, I

18 think it is.

19     Q.    Call Centrix understood

20 that it was responsible for the conduct

21 of its vendors that it used to perform

22 the work under the agreement, correct?

23     A.    Absolutely.

24     Q.    Did Call Centrix have any



Page 110

1   written policies relevant to its

2   handling of consumer complaints?

3           A.    I'm not -- I don't know.

4   I'm not -- I don't recall that.

5           Q.    You don't recall having

6   any policies?

7           A.    I don't recall if I have

8   it or not.

9           Q.    Did Call Centrix have any

10  written policies relevant to the

11  selection and monitoring of its calling

12  vendors?

13          A.    I don't think so.  No.

14          Q.    Did Call Centrix have any

15  written policies relevant to the

16  selection and monitoring of its lead

17  vendors?

18          A.    No.

19          Q.    If Call Centrix tried to

20  transfer a call to Torchlight and the

21  transfer failed, would Call Centrix

22  have attempted to transfer that call to

23  another customer?

24          A.    It would depend on what it



Page 111

1    failed for.  Do you mean -- ask that

2    question again.

3            Q.    Sure.  Call Centrix, LLC

4    had multiple customers to which it was

5    selling leads, so if they couldn't get

6    through to an agent at Torchlight --

7            A.    Yes.

8            Q.    -- would they have then

9    attempted to transfer it to a different

10   customer?

11           A.    Yes.  Only if it was not

12   accepted.

13           Q.    Call Centrix understood

14   that Torchlight was relying on it to

15   ensure that all calls were legally

16   compliant, right?

17           A.    Correct.

18           Q.    Does Call Centrix have a

19   chief compliance officer?

20           A.    No.

21           Q.    And are you the person at

22   Call Centrix responsible for compliance

23   practices?

24           A.    Yes.



Page 112

```
 1          Q.    Does Call Centrix have any
 2   sort of internal compliance team?
 3          A.    QA, not compliance.
 4          Q.    And does QA stand for
 5   quality assurance?
 6          A.    Yes.
 7          Q.    Who is the head of the
 8   quality assurance team?
 9          A.    Cheryl Vidal.
10          Q.    So --
11          A.    She is in -- I'm sorry.
12   She is at Call Centrix, Inc.
13          Q.    Does Call Centrix, LLC
14   have an --
15          A.    No.
16          Q.    -- internal compliance
17   team?
18          A.    No.
19          Q.    Does Call Centrix, LLC
20   have an internal quality assurance
21   team?
22          A.    No.
23          Q.    So Call Centrix, Inc. has
24   a quality assurance team?
```



Page 119

1    identifies the date of the call as

2    March 22, 2001.  Do you see that?

3         A.    Oh, yeah.

4         Q.    Is that a typo for March

5    22, 2021?

6         A.    I'm pretty sure that is,

7    yes.

8         Q.    Okay.  We can agree that

9    Call Centrix hired Wolf BPO to make the

10   March 22, 2021 call to Mr. Moore that

11   serves as the basis for this case?

12        A.    Yes, sir.

13        Q.    Does Call Centrix have any

14   documents supporting the contention

15   that it instructed Wolf BPO to only

16   call persons providing consent verified

17   by Jornaya or TrustedForm Data?

18        A.    I don't think we have

19   anything written, no.

20        Q.    And for CCI, does Call

21   Centrix, LLC have any documents

22   supporting its contention that it

23   instructed Call Centrix, Inc. to only

24   call persons providing consent verified



1   by Jornaya or TrustedForm?

2            THE WITNESS:  They may

3        have.  I'm not sure.

4   BY MR. ROSENTHAL:

5        Q.    Call Centrix, Inc. may

6   have, but Call Centrix, LLC --

7        A.    LLC does not.

8        Q.    What type of monitoring

9   and control did Call Centrix, LLC have

10  over Wolf BPO?

11       A.    None.

12       Q.    What type of monitoring

13  and control did Call Centrix have over

14  Call Centrix, Inc.?

15       A.    Call Centrix was able to

16  monitor their calls.  They were able to

17  listen to their calls.

18       Q.    Call Centrix, LLC could

19  listen to Call Centrix, Inc.'s calls?

20       A.    No, I'm sorry.  I'm sorry.

21  Let's back up.

22       Q.    What type of monitoring

23  and control did Call Centrix, LLC have

24  over Wolf BPO?



Page 121

1          A.     None.

2          Q.     Okay.  Does Call Centrix

3     have any ownership interest in Wolf

4     BPO?

5          A.     No.

6          Q.     Do you personally have any

7     ownership interest in Wolf BPO?

8          A.     No.

9          Q.     Does Wolf BPO have any

10    overlapping owners or investors with

11    Call Centrix, LLC?

12         A.     No.

13         Q.     Do you know who owns Wolf

14    BPO?

15         A.     I was under the assumption

16    it was Sam.  I really don't even know.

17    That is the only -- Osama, that is all

18    I know.  Sam or Osama.

19         Q.     Do you know a last name

20    for the owner of Wolf BPO?

21         A.     I do, but I don't have it

22    offhand, no.

23         Q.     Okay.  Did Call Centrix

24    complete any audit or review of Wolf



Page 122

1  BPO's operations?

2          A.    Call Centrix, LLC did not.

3          Q.    Did Call Centrix, LLC

4  complete any audit or review of Call

5  Centrix, Inc.'s operations?

6          A.    No, it did not.

7          Q.    Did you talk with anyone

8  from Wolf BPO in preparation for your

9  deposition?

10          A.    No.

11          Q.    Did you talk with anyone

12  from Call Centrix, Inc. in preparation

13  for your deposition?

14          A.    No.

15          Q.    Does Call Centrix, LLC

16  still do business with Wolf BPO?

17          A.    No.

18          Q.    Do you know if Wolf BPO is

19  still in business?

20          A.    I don't -- I have no idea.

21  I don't have communication with them.

22          Q.    Do you know if Wolf BPO

23  has any operations in the United

24  States?



Page 126

```
 1    vendors, we can agree that those calls

 2    would not have been relevant to

 3    Torchlight, right?

 4              MS. MESSNER:  Objection to

 5         form.

 6    BY MR. ROSENTHAL:

 7         Q.    You can answer.

 8         A.    They were not relevant to

 9    Torchlight, yeah, because there was no

10    other call.

11         Q.    Okay.  Does Call Centrix,

12    LLC have copies of any relevant

13    policies or procedures for Wolf BPO?

14         A.    No.

15         Q.    Does Call Centrix, LLC

16    have any information about the

17    compliance procedures for Wolf BPO?

18         A.    No.

19         Q.    Does Call Centrix, LLC

20    have copies of any relevant policies or

21    procedures for Call Centrix, Inc.?

22         A.    No.

23         Q.    Does Call Centrix, LLC

24    have any information about the
```



Page 127

1   compliance procedures for Call Centrix,

2   Inc.?

3          A.    No.

4          Q.    I want to confirm some

5   specifics about some of Call Centrix's

6   records.  Okay?

7          A.    Yup.

8          Q.    Call Centrix does not have

9   screenshots of any disclosure or

10  consent language for Mr. Moore,

11  correct?

12         A.    I don't understand that.

13         Q.    Sure.  That is fair.  Call

14  Centrix does not have any screenshots

15  or disclosure of consent language for

16  placing telemarketing calls to Mr.

17  Moore, correct?

18         A.    Only what was provided

19  from Wolf BPO.  Am I answering the

20  question correctly?  Is that what you

21  are asking?

22         Q.    That is fine.  The

23  information that was provided from Wolf

24  BPO, is it your understanding that that



1    about him.

2           Q.    Did Call Centrix, LLC do

3    any due diligence to validate the lead

4    sources used by Wolf BPO?

5           A.    No.

6           Q.    Do you recall anything

7    else from the telephone call with Sam

8    of Wolf BPO concerning the Moore lead?

9           A.    In regards to what?

10          Q.    In regards to anything.

11   In regards to the consent record that

12   he was providing you.

13          A.    No.  I was happy that he

14   -- you know, I was able to get

15   everything that -- you know, I was able

16   to present everything, so there was

17   really not, you know, no conversation

18   about it.  I was just glad that, you

19   know, we were able to get it.

20          Q.    I'm going to show you a

21   document that we'll mark as Exhibit-10.

22                    - - -

23                (At this time a document

24          was marked for identification as



Page 134

```
 1          Exhibit No. 10.)

 2                - - -

 3   BY MR. ROSENTHAL:

 4          Q.    This is an August 3, 2021

 5   e-mail and attachment that was produced

 6   as TTG 000066 through 67.

 7          A.    Uh-huh.  Yup.

 8          Q.    And we agree this is an

 9   August 3rd e-mail from you at Call

10   Centrix to Torchlight, correct?

11          A.    Yes.

12          Q.    And this e-mail provided a

13   letter purporting to be consent for

14   telemarketing calls to plaintiff George

15   Moore, correct?

16          A.    Yes.

17          Q.    And what was the source of

18   this letter?

19          A.    I got this from Sam,

20   Osama, from Wolf BPO.

21          Q.    And was that on the same

22   initial telephone call when he provided

23   the spreadsheet?

24          A.    I'm not sure.
```



1        Q.    Other than receiving this

2   from Wolf BPO, did Call Centrix, LLP do

3   any other investigation concerning the

4   letter from Find Quality Insurance?

5        A.    No.

6        Q.    Did you talk with anyone

7   at Find Quality Insurance about this

8   letter before you sent it to

9   Torchlight?

10        A.    No.

11        Q.    Have you ever talked with

12   anyone at Find Quality Insurance about

13   the consent record for Mr. Moore?

14        A.    I don't think so, no.

15        Q.    Does Call Centrix still

16   maintain that this letter reflects an

17   actual web form submission by Mr.

18   Moore?

19        A.    To my knowledge, it was at

20   the time, but knowing what I know now,

21   of course, it is not, but, yes, I did

22   at the time think that it was legit.

23        Q.    Sitting here today, you

24   don't actually believe that that is a



Page 136

1    letter from Find Quality Insurance,

2    correct?

3         A.    Well, I was told that it

4    was not, yes.

5         Q.    And you understand that

6    plaintiff denies having ever visited

7    the website FindQualityInsurance.com,

8    right?

9         A.    That is what I was told.

10        Q.    And Call Centrix will

11   agree that the owners of Find Quality

12   Insurance denied having produced the

13   lead that included Mr. Moore's

14   telephone number?

15        A.    That is what they said,

16   correct.

17        Q.    And the record of consent

18   that Call Centrix, LLC produced in the

19   case turned out to be fraudulent,

20   agreed?

21        A.    That is what I was told.

22        Q.    What is Call Centrix's

23   current understanding of why Mr. Moore

24   received a telemarketing call from Call



1    Centrix vendor Wolf BPO?

2         A.    You mean how did they get

3    the call -- how did we get the call?

4         Q.    If it wasn't in response

5    -- if it wasn't in response to a lead

6    on Find Quality Insurance, why did Wolf

7    BPO call Mr. Moore?

8         A.    I have no idea.  I mean,

9    the only -- yeah, I mean, I only know

10   what I was told from them, is that they

11   had an agent that went off and just

12   dialed numbers manually from a list

13   that he had.  That is what I was told,

14   and then we --

15        Q.    Okay.  So let's break that

16   down a little bit.  So after Find

17   Quality Insurance denied the consent

18   record, and plaintiff denied the

19   accuracy of the consent record, did you

20   speak with Wolf BPO about the consent

21   record?

22        A.    Of course.

23        Q.    And when was that

24   conversation?



Page 138

1           A.     I think it was when he --
2      I'm not really sure.  I don't know the
3      date of when it happened, like what
4      time frame it was.  I'm really not --
5      I'm not sure when we found out that it
6      was fraudulent and when I actually
7      spoke to them about it.  I'm not sure
8      of the date.
9           Q.     Was it an oral
10     conversation or e-mail?
11          A.     No, I called him.
12          Q.     Was it all -- have you had
13     more than one call with Wolf BPO since
14     the lead information was established to
15     be fraud?
16          A.     I'm sure another
17     conversation when we decided that --
18     you know, when I told him that we were
19     not working together.  Sure.
20          Q.     Okay.  So let's start with
21     that first one.  Did Wolf BPO stand by
22     the validity of the letter and the
23     consent record?
24          A.     Yes.



Page 139

1          Q.    And so does Wolf BPO

2    continue to stand by the accuracy of

3    the consent record?

4          A.    Yes.

5          Q.    And so -- but you don't

6    believe Wolf BPO that the record is

7    accurate, do you?

8          A.    No, not if what everybody

9    has told me that it's not.

10         Q.    Okay.  And just to be

11   clear, Call Centrix's position today is

12   that the letter in Exhibit-10 and any

13   of the data for plaintiff George Moore

14   that was provided by Wolf BPO is not

15   accurate, correct?

16         A.    Correct.

17         Q.    Okay.  And that

18   information, the spreadsheet of data

19   and the letter from Wolf BPO, is the

20   complete universe of consent records

21   that Call Centrix, LLC has been able to

22   collect for plaintiff George Moore,

23   correct?

24         A.    Correct.



Page 140

1          Q.    So putting aside those

2    consent records that we agree are not

3    valid, does Call Centrix have any other

4    consent information for plaintiff

5    George Moore?

6          A.    No.

7          Q.    Okay.  Are you okay?  Do

8    you need a minute?

9          A.    No, I'm okay.  Just my

10   eyes are bothering me.  Thank you.

11         Q.    And so it is fair to say

12   that Call Centrix does not have

13   screenshots of any disclosure or

14   consent language that was agreed to by

15   Mr. Moore, correct?

16         A.    Everything that I had was

17   presented, so.

18         Q.    And so -- and there is no

19   valid consent disclosure or screenshot

20   related to Mr. Moore's lead, correct?

21         A.    No.

22         Q.    And it is your

23   understanding and expectation that all

24   of the leads sourced through Wolf BPO



Page 142

1    sure.  I'm not sure.  I think we do,

2    but I'm not sure.

3           Q.    But can you point me to

4    any documents in the record that show

5    valid consent for plaintiff George

6    Moore or members of the punitive class?

7           A.    No, I cannot.  No, I

8    cannot.

9           Q.    Does Call Centrix, LLC

10   agree that Mr. Moore alleges to have

11   received telemarketing calls in

12   violation of the TCPA?

13          A.    Yes.

14          Q.    And Torchlight is accused

15   of being liable for calls made by Call

16   Centrix, LLC or its vendors, right?

17          A.    Yup.  Yes.

18          Q.    And does Call Centrix, LLC

19   agree that plaintiff Moore's claims

20   against Torchlight arise out of alleged

21   breaches of the agreement between

22   Torchlight and Call Centrix?

23          A.    Yes.

24          Q.    Would you agree that if



Page 149

1      agree with that.

2            Q.    Okay.  Affirmative defense

3      number nine states that Torchlight's

4      cross-claims are barred, in whole or in

5      part, because Torchlight failed to

6      perform its duties under the agreement,

7      including, but not limited to,

8      remitting payment to Call Centrix as

9      required by the agreement.

10                 Did I read that correctly?

11           A.    Yes.

12           Q.    How much does Call Centrix

13     allege that Torchlight failed to pay?

14           A.    Close to $80,000.

15           Q.    And what does Call Centrix

16     allege that covers?

17           A.    The last month or so that

18     we sent transfers to Torchlight.

19           Q.    Is that just the last

20     invoice of transfers?

21           A.    Yes.  I don't recall if

22     there is any other invoices that are

23     outstanding at this point, but that is

24     the big one.



1          Q.    And is it your

2    understanding that Torchlight withheld

3    that information because it alleged

4    that Call Centrix had breached the

5    agreement?

6          A.    That is what I was told,

7    yes.

8          Q.    Do you agree that Call

9    Centrix breached the agreement with

10   Torchlight?

11         A.    I don't feel that Call

12   Centrix did.  I feel that, you know, we

13   didn't do the call, but I -- you know,

14   I will say that somebody that we hired

15   to do it did.

16         Q.    And Call Centrix, LLC was

17   responsible for the work of its vendors

18   in connection with the agreement,

19   correct?

20         A.    Yes.

21         Q.    And so Call Centrix, LLC

22   made efforts to try and comply, but did

23   breach the agreement with Torchlight,

24   fair?



Page 151

1          A.     Yes.

2          Q.     Are there any other facts

3   or evidence that Call Centrix relies on

4   to say that Torchlight failed to

5   perform its duties under the agreement?

6          A.     Not that I can recall at

7   this time.

8          Q.     So other than failing to

9   pay the final invoice, Call Centrix

10  agrees that Torchlight otherwise met

11  its obligation under the agreement?

12         A.     Like I said, I would have

13  to think about it, like, what -- but as

14  much as I can say, yes.

15         Q.     Sitting here today, it is

16  just payment of the final invoice is

17  the only facts or evidence that Call

18  Centrix is pointing to for affirmative

19  defense number nine?

20         A.     Apparently, yes.

21         Q.     And over the life of the

22  agreement, Torchlight did pay Call

23  Centrix hundreds of thousands of

24  dollars, correct?



Page 152

```
 1          A.    Correct.
 2          Q.    Do you know what the total
 3  amount was?
 4          A.    I think it was
 5  approximately 900,000.
 6          Q.    Affirmative defense number
 7  11 says that at all times relevant
 8  hereto, Call Centrix implemented
 9  policies and procedures in a good-faith
10  effort to comply with the law.  Did I
11  read that right?
12          A.    Yes.
13          Q.    Can you explain the facts
14  and evidence that support Call
15  Centrix's affirmative defense?
16          A.    Can you clarify what you
17  mean?
18          Q.    Yeah.  Call Centrix, LLC
19  has said that it implemented policies
20  and procedures to comply with the law,
21  and I was hoping you could explain the
22  facts and evidence that support Call
23  Centrix, LLC's efforts to comply with
24  the law.
```



Page 154

1        A.      Right.

2        Q.      -- and the agreement

3    between Torchlight and Call Centrix,

4    right?

5        A.      Right.

6        Q.      And if Torchlight had not

7    contracted with Call Centrix, LLC, then

8    Call Centrix would not have transferred

9    the March 22, 2021 call to Torchlight,

10   fair?

11       A.      Yes.

12       Q.      So, given that, can you

13   explain what facts and evidence Call

14   Centrix relies on to argue that

15   Torchlight's damages are not caused by

16   its agreement with Call Centrix?

17       A.      Not at this time, I can't

18   think of -- you know, only that, you

19   know, we tried to, you know, send them

20   the best calls and the cleanest calls

21   we could.  That is all.  We had, you

22   know, never in a million years we'd

23   think that anything different was

24   coming over.



Page 155

1        Q.    And Call Centrix, LLC

2    relied on its vendors to assure

3    compliance of the calls that were being

4    transferred, correct?

5        A.    Yes.

6        Q.    Can we agree that if Call

7    Centrix had gone to Torchlight and said

8    that it was not going to be able to

9    provide any records of consent, that

10   Torchlight would not have contracted

11   with Call Centrix?

12       A.    Honestly, I don't know.

13   You know, I don't know exactly what

14   they would say.  I mean, they had to

15   sign the contract, so I'm sure that is

16   what it was, but we never discussed it

17   outside of the contract.

18       Q.    And it was never even open

19   for discussion as to whether the leads

20   that Call Centrix was supplying would

21   be supported by consent, fair?

22       A.    Right.

23       Q.    Right.  It was always

24   understood and expected by both Call



Page 156

1    Centrix, LLC and Torchlight that all of
2    the calls were going to be supported by
3    prior express written consent, right?
4         A.    Yes.  Just like when I
5    purchased the data, I would feel the
6    same way, that everything was -- had
7    consent.
8         Q.    What methods did Call
9    Centrix, LLC have to ensure that its
10   vendors preserved records of calls that
11   were made?
12        A.    I think we have -- how do
13   I know that they are doing it?  Could
14   you say that again?
15        Q.    Did Call Centrix, LLC do
16   anything itself to ensure that vendors
17   were preserving records of calls that
18   were made?
19        A.    No.
20        Q.    Did Call Centrix, LLC do
21   anything itself to ensure that its
22   vendors were preserving written consent
23   when it executed its agreement with
24   Torchlight?



Page 157

```
 1         A.    No.

 2         Q.    Did Call Centrix, LLC take

 3    any steps to evaluate Wolf BPO's

 4    practices or procedures concerning

 5    recordkeeping?

 6         A.    No.

 7         Q.    Did Call Centrix, LLC take

 8    any steps to evaluate Call Centrix,

 9    Inc.'s practices or procedures

10    concerning recordkeeping?

11         A.    No.

12         Q.    Can we agree that between

13    Torchlight and Call Centrix, LLC, Call

14    Centrix agreed to be responsible for

15    the conduct of any vendors that Call

16    Centrix relied upon?

17         A.    Yes.

18         Q.    And you understood that

19    the agreement required Call Centrix to

20    monitor and oversee the actions of its

21    vendors, correct?

22         A.    Correct.

23         Q.    And you represented to

24    Torchlight that any vendors would be
```



Page 158

1    monitored and controlled by Call

2    Centrix, correct?

3         A.    Yes.

4         Q.    And you understood that

5    Torchlight was relying on Call Centrix

6    to monitor its vendors, fair?

7         A.    Yes.

8         Q.    Torchlight reasonably

9    expected that Call Centrix's vendors

10   would comply with the law, fair?

11        A.    Yes.  As did I.

12        Q.    And under the agreement,

13   Call Centrix committed to ensuring any

14   subvendors met all the requirements of

15   the agreement, correct?

16        A.    Yes.

17        Q.    If plaintiff was able to

18   show that Wolf BPO violated the TCPA

19   for calls transferred to Torchlight,

20   does Call Centrix agree that Call

21   Centrix must indemnify Torchlight for

22   losses based on those violations?

23        A.    I'm not sure, honestly.

24        Q.    Why not?



```
 1          A.    I just am not sure.  I
 2    don't know.
 3          Q.    Well, you understand that
 4    under the contract Call Centrix agreed
 5    to indemnify Torchlight, correct?
 6          A.    Correct.
 7          Q.    And so if plaintiff is
 8    right and he got calls in violation of
 9    the TCPA, doesn't it follow that Call
10    Centrix, LLC should indemnify
11    Torchlight for any losses or damages
12    from the case?
13          A.    No, I don't feel that.
14          Q.    All right.  Can you cite
15    any facts or evidence that support that
16    conclusion?
17          A.    Not at this time I can't,
18    but that is what I feel.
19          Q.    And is that feeling based
20    on the fact that you think Call
21    Centrix, LLC also has claims against
22    other parties that may be at fault?
23          A.    I'm not sure at this time.
24          Q.    Okay.  Based on some of
```



Page 161

1    transferred to Torchlight?

2          A.    That is -- I guess that is

3    Phoenix, whoever gave Sam the

4    information.

5          Q.    So it is your

6    understanding that the Phoenixquote.com

7    was Wolf BPO's source for Mr. Moore's

8    telephone number?

9          A.    Yes.

10         Q.    And you started to say

11   that Wolf BPO had somebody who was just

12   calling from a list, and not actually

13   from a valid consent record; is that

14   right?

15         A.    That's what I was told.

16         Q.    So is it your

17   understanding -- I guess, do you have

18   an understanding as to whether that

19   list came from the Phoenixquotes.com,

20   or was the Phoenixquotes.com also just

21   a fraudulent representation from Wolf

22   BPO?

23         A.    That I have no idea.

24         Q.    Is there any other



Page 181

1          A.    Correct.

2          Q.    And certainly none of the

3     call logs produced by Call Centrix

4     reflect calls made exclusively for

5     Torchlight, correct?

6          A.    Correct.

7          Q.    It is a little after

8     12:00.  Why don't we go off the record

9     and take another break?

10                    - - -

11              (At this time, a

12          discussion was held off the

13          record.)

14                    - - -

15    BY MR. ROSENTHAL:

16         Q.    Just a few additional

17    questions, Ms. Stitz.  Exhibit-12,

18    which is the Xoom receipt, has cash

19    pickups during May to June of 2021.  So

20    is it your understanding that that

21    corresponds to the period that Wolf BPO

22    provided call transfers to Call

23    Centrix, LLC?

24         A.    Yes.



Page 183

1    we could do it, as far as I was told.

2          Q.    Are you able to tell us

3    how many transfers went from Wolf BPO

4    to Call Centrix, LLC to Torchlight?

5          A.    I'm not.  I don't have

6    that information handy.

7          Q.    Can you point us to any

8    document produced in the case by Call

9    Centrix that would allow us to identify

10   whether any call transferred to

11   Torchlight came from Wolf BPO?

12         A.    I don't have that

13   information.

14         Q.    Do you have call records

15   from Wolf BPO?

16         A.    I do.  I don't personally.

17   CCI does.  Call Centrix, Inc. would.

18         Q.    Call Centrix, LLC does not

19   have call records?

20         A.    Correct.  Call Centrix,

21   Inc. has the call records.  Call

22   Centrix, LLC does not.

23         Q.    Other than the information

24   that we've talked about this morning,



Page 190

1        A.     No, that -- Wolf BPO was

2   the one that I asked for, and they said

3   their system crashed.

4        Q.     When did you have that

5   conversation?

6        A.     When I called him and

7   asked for the call in the very

8   beginning of when -- I asked him for

9   the recording, because it was required

10  that we get the recording and all the

11  information.  He said that he was going

12  to get it, and then he said that his

13  system crashed, and then I think they

14  sent me a crash report, and I sent that

15  to Liz.

16       Q.     Understood.  When you say

17  "Liz," do you mean Liz Downey?

18       A.     Torchlight, yes.

19       Q.     You testified earlier that

20  an indemnity demand has been made from

21  Torchlight to Call Centrix, correct?

22       A.     Correct.

23       Q.     Did that indemnity demand

24  include a specific amount of money?



Page 191

```
 1          A.    Not that I'm aware of.

 2          Q.    And Call Centrix has

 3   rejected that indemnity demand from

 4   Torchlight, correct?

 5          A.    Correct.

 6          Q.    And what was unclear to me

 7   is what is Call Centrix's factual

 8   basis, if any, for rejecting that

 9   indemnity demand?

10          A.    It is only one call.  It

11   was one call.

12          Q.    And was Mr. Moore's number

13   on the National Do Not Call Registry?

14          A.    Yes.

15          Q.    And is it Call Centrix's

16   position that placing a call to a

17   number on the National Do Not Call

18   Registry is legal?

19          A.    No, but Wolf BPO was the

20   caller, not Call Centrix.

21          Q.    You mentioned that.

22          A.    And it was one call.

23          Q.    I'm sorry.  Go ahead.

24          A.    It was just the one call.
```



Page 192

```
 1          Q.    And so I'm trying to
 2   understand what Call Centrix's position
 3   is that there was only one call is
 4   relevant to Torchlight's demand.
 5          A.    I just -- the way I feel
 6   about it, it is one call is not -- you
 7   know, doesn't deem -- yes.
 8          Q.    So Call Centrix's position
 9   with respect to Torchlight's indemnity
10   demand is based on your feelings, but
11   not any facts?
12          A.    Well, the facts are that
13   there was one call only.  That, to me,
14   is one call.
15          Q.    And you do understand that
16   Call Centrix produced call records,
17   because we were just talking about
18   that, correct, in connection with the
19   case?
20          A.    Uh-huh.
21          Q.    I'm sorry, was that a yes?
22          A.    Yes, it is.  I'm sorry.
23          Q.    That is okay.  It happens
24   all the time in these.
```



Page 197

```
1          Q.    So let's put aside this
2    issue of one call or however many calls
3    there actually are in the records.
4    Explain to me, then, the facts or the
5    basis for Call Centrix's rejection of
6    Torchlight's indemnity demand, other
7    than the one call.
8          A.    I think -- I feel that,
9    you know, with the one call, and I
10   really don't know -- I'm not sure what
11   you're talking about, that it is based
12   on the four calls or whatever, but I
13   feel that it is Wolf BPO, it is their
14   fault.  I feel like they -- you know,
15   they brought us down this rabbit hole,
16   and that is all.
17         Q.    Why hasn't your company
18   asserted a claim against Wolf BPO?
19         A.    Well, honestly, they are
20   in Pakistan, so what -- how would I do
21   that?
22         Q.    So you are saying the only
23   reason that your company has not
24   asserted a claim against Wolf BPO is
```



Page 278

1                    CERTIFICATION

2

3              I, Kathleen Ruccolo,

4       Professional Reporter and Notary

5       Public, do hereby certify that the

6       foregoing is a true and accurate

7       transcript of the stenographic

8       notes taken by me in the

9       aforementioned matter.

10

11                    - - -

12

13

14

15

16

17

18

19

20

21

22

23       DATE:  *Kathleen Ruccolo*

24              KATHLEEN RUCCOLO



**EXHIBIT**

**10**

| | |
|---|---|
| **From:** | Carol Stitz |
| **Sent:** | Tuesday, August 3, 2021 12:30 PM CDT |
| **To:** | Elizabeth Downey |
| **Subject:** | Electronic Signature George Moore |
| **Attachments:** | Electronic_Signature_consumer_Authorized_8_3_2021.pdf |

>
>
> Electronic_Signature_consumer_Authorized_8_3_2021.pdf



Find Quality Insurance, LLC,
201 Milwaukee St #200,
Denver, CO 80206

Aug 3, 2021

To Whom It May Concern:

On 3/2/2021 8:47AM EST a form was filled on https://findqualityinsurance.com/medicare-insurance/ Click ID 102667cf951af83006bb50725c2457 Token LeadID 4647AA68-E996-4F7A-D993-398EA8F95605

Source of traffic google search. IP Address 173.165.4.171
Email address george_moore698@yahoo.com
George Moore **(630)-510-1188**, **(630)-510-1511)**

You further provide your express consent by electronic signature to be contacted by Trusted Consumer and/or its partner companies and any of their commercial partners regarding Medicare products through the use of: automatic telephone dialing systems, artificial or pre-recorded voice message, by email, SMS text message (standard rates apply) or live agent to the phone number provided. I understand that my telephone company may impose charges for these contacts. . I may be contacted even if I am on a government do-not call list. I understand I can revoke this consent at any time and consent is not required as a condition of purchase. This program is subject to our Privacy Policy and Terms of Use.

Thank you,

Signature

**Name** MOHSIN ALI KAYANI
**CEO** Find Quality Insurance



info@findqualityinsurance.com
https://findqualityinsurance.com

- CONFIDENTIAL -