# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 1:21-cv-02403 |
| Plaintiff, | |
| v. | Honorable Maria Valdez |
| TORCHLIGHT TECHNOLOGY GROUP LLC, CALL CENTRIX LLC, CAROL STITZ, | |
| Defendants. | |
| TORCHLIGHT TECHNOLOGY GROUP, LLC, | |
| Cross-Claim Plaintiff, | |
| v. | |
| CALL CENTRIX, LLC, | |
| Cross-Claim Defendant. | |

## NOTICE OF FILING OF BANKRUPTCY AND SUGGESTION OF STAY

Now come Defendants, Carol Stitz and Call Centrix, LLC[1] and notify the Court of their filing of bankruptcy. The notice of filing of the bankruptcy petitions are submitted herewith. Given the filing of the bankruptcy petitions, Defendants respectfully submit this Suggestion of Stay with the Court pending the conclusion of the bankruptcy proceedings.

---

[1] Call Centrix, LLC is also a Cross-Claim Defendant.

1

2

Respectfully submitted:

/s/ *Lisa A. Messner*
Lisa A. Messner (6327916)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
614-939-9955, 614-939-9954 - fax
lmessner@mslawgroup.com
cwager@mslawgroup.com

*Attorney for Defendants,*
*Carol Stitz and Call Centrix, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished electronically on this 9th day of August, 2023, with the Clerk of the Court using CM/ECF which will notify all parties and counsel of record.

/s/ *Lisa A. Messner*
Lisa A. Messner (6327916)