# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

George Moore
                               Plaintiff,

v.                                              Case No.: 1:21−cv−02403
                                                        Honorable Lindsay C. Jenkins

Torchlight Technology Group LLC, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Pursuant to the stipulation of dismissal [115] the matter is dismissed without prejudice under FRCP 41(a)(1)(A). Civil case terminated. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.